FILED

SEP -1 AM 9: 15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF   CV 09 80174 MISC VRW

Jeffrey Martin Jones - #125421

_____/

**ORDER TO SHOW CAUSE**

It appearing that Jeffrey Martin Jones has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that he may not practice law while so enrolled effective July 8, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Jeffrey Martin Jones
Law Office of Jeffrey M. Jones PC
705 East Bidwell Street, Suite 2-281
Folsom, CA 95630